# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFE SKIES CLEAN WATER WISCONSIN, INC, <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES AIR FORCE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Case No. 21-634 (CKK) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Local Civil Rule 7 and Section 7 of this Court's Standing Order, ECF No. 5, the Parties jointly move for a modification of the Scheduling Order, ECF No. 26.

That Order provides that Plaintiff's motion for summary judgment is due on November 30, 2022, with Defendants' cross-motion for summary judgment and opposition to Plaintiff's motion due on December 28, 2022, with reply dates to follow. *Id*. at 2. The Parties seek to modify the filing deadlines because they require additional time to prepare their motions and responses, particularly given that some of the current deadlines fall over the holidays when client and counsel availability may be particularly limited. The Parties specifically propose that the Court set the following deadlines:

1. Plaintiff's Motion for Summary Judgment: **December 12, 2022**

2. Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion: **January 26, 2023**;

3. Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment: **February 15, 2023**;

4. Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment: **March 7, 2023**;

5. Administrative Record:  **March 22, 2023**.

This is the second request for an extension of time by Defendants in this matter, and the first request by either Party relating to summary judgment briefing.  The requested extension would not have any adverse impact on other deadlines in this matter.

The Parties therefore request that, for good cause shown, the Court grant the requested modification to the Scheduling Order.

Respectfully submitted this 7th day of November, 2022,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
Gregory M. Cumming (D.C. Bar No. 1018173)
Ashley Carter (OR Bar No. 165397)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 598-0414 (phone)
gregory.cumming@usdoj.gov

*Counsel for Defendants*

/s/ Kathleen Henry
Kathleen Henry (Bar No. MO0001)
Dairyland Public Interest Law
PO Box 352
Madison, WI 53701
(608) 213-6857
khenry@dairylandpublicinterestlaw.com
*Attorneys for Plaintiff*