UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAFE SKIES CLEAN WATER WISCONSIN, INC, <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES AIR FORCE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Case No. 21-634 (CKK) |

**ORDER**

Upon consideration of the Parties' Joint Motion to Modify the Scheduling Order, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the Scheduling Order is modified as follows:

1. Plaintiff's Motion for Summary Judgment: **December 12, 2022**

2. Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion: **January 26, 2023**;

3. Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment: **February 15, 2023**;

4. Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment: **March 7, 2023**;

5. Administrative Record: **March 22, 2023**.

_____                                       _____

Dated:                                                                          COLLEEN KOLLAR-KOTELLY
                                                                                       United States District Court Judge