IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFE SKIES CLEAN WATER WISCONSIN, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case 1:21-cv-00634-CKK |
| UNITED STATES AIR FORCE, et al., | ) ) ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

The Court, having considered Plaintiff's Motion for Summary Judgment and the arguments in opposition, hereby ORDERS that Plaintiff's Motion is GRANTED. The Court:

1. Declares that:

   A. Defendants, in issuing an EIS and ROD, failed to comply with NEPA by having a predetermined outcome;

   B. Defendants failed to take a hard look at detrimental noise impacts in violation of NEPA and its implementing regulations;

   C. Defendants violated NEPA by failing to adequately consider the cumulative impacts of increased PFAS on already-polluted drinking, ground surface water and fish in the Starkweather Creek and Yahara chain of lakes watersheds water;

   D. Defendants violated NEPA by failing to adequately consider environmental justice impacts in violation of NEPA and its implementing regulations;

   E. Defendants violated NEPA by failing to take a hard look at air quality impacts of the F-35As;

   F. Defendants violated NEPA by failing to adequately address alternatives;

1

  G. Defendants violated NEPA by failing to adequately consider climate change;

  H. Defendants violated NEPA and the APA by failing to provide adequate notice and public participation;

  I. Defendants violated NEPA and the APA by failing to produce a Supplemental Environmental Impact Statement;

  J. Defendants violated NEPA by failing to take a hard look at impacts on wildlife in violation of NEPA and its implementing regulations;

  K. Defendants violated the APA by failing to comply with NEPA; and

  L. Defendants' actions and proposals are arbitrary, capricious, an abuse of discretion, in excess of statutory jurisdiction, authority, and limitations, without observance of procedure required by law, unsupported by substantial evidence and unwarranted by the facts, in violation of the APA; and

2. Enjoins the defendants and all others acting in concert with them from carrying on or permitting any activities in furtherance of the construction of the Proposed Action until such time as the defendants prepare an adequate EIS and a supplemental EIS, the sufficiency of the environmental impact statements to be determined by this Court; and

3. Awards Plaintiff such other and further relief as the Court may deem just and proper, including costs, attorneys' fees, expert witness fees and other expenses of litigation.


Dated: _____  _____
                     COLLEEN KOLLAR KOTELLY
                         U.S. DISTRICT JUDGE

Copies to:

Kathleen Henry (D.C. Bar No. MO0001)
Dairyland Public Interest Law

PO Box 352
Madison, WI 53701
(608) 213-6857
khenry@dairylandpublicinterestlaw.com
*Attorneys for Plaintiff*

Ashley Carter (OR Bar No. 165397)
Gregory M. Cumming (D.C. Bar No. 1018173)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 532-5492 (phone)
ashley.carter@usdoj.gov
gregory.cumming@usdoj.gov
*Counsel for Defendants*