IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAFE SKIES CLEAN WATER )
    WISCONSIN, INC., )
  )
    Plaintiff, )
  )
       v. )   Case 1:21-cv-00634-CKK
  )
UNITED STATES AIR FORCE, et al., )
  )
    Defendants. )

## **DECLARATION OF TEHMINA ISLAM**

I, Tehmina Islam, hereby declare:

1. I reside at 2809 Commercial Avenue in Madison, Wisconsin.

2. I have lived at this location since September 2015.

3. I have lived in Madison since 1994, however on the eastside where Truax Field is located, since 2006.

4. I am currently employed as a Certified Professional Midwife (CPM) and Wisconsin Licensed Midwife (LM) at Access Midwifery, LLC, a business I own. I have attended over 350 births, including those in the neighborhoods impacted by the noise and other pollution from Dane County Airport and Truax Field.

5. I have personal knowledge of the following matters.

6. I am a supporter of Safe Skies Clean Water Wisconsin, Inc., ("Safe Skies"), and consider myself a member.

7. I joined Safe Skies in 2020 when meeting with other with other members and residents concerned about existing and proposed noise from fighter jet training and contamination of our

groundwater and lakes with PFAS released from the Dane County Regional Airport and Air National Guard.

8. Since joining Safe Skies, I have participated in in-person and Zoom video meetings, our email discussion list, and public activities including: February 15, 2020 Birthday Bash Protest at the birthday celebration for Senator Tammy Baldwin; February 29, 2020 parade to the entrance of Truax Field; and, I personally responded to the F-16 noise survey during COVID Summer and Fall 2020. I have participated in the 2022 campaign sending postcards to Senator Tammy Baldwin lamenting her support for the F-35 fighter jets.

9. Safe Skies educates me on the impacts of current activities at Truax Field and those anticipated due to the arrival of the proposed F-35A fighter jets. This organization provides opportunities for members to contact their elected representatives and participate in public demonstrations.

10. I read the Safe Skies website periodically for updates.

11. I engage in actions Safe Skies promotes such as exhibiting yard signs opposing the basing of the F-35A fighter jets at Truax Field.

12. I give direct input to the Board by participating in meetings and talking with board members including Vicki Berenson, Tom Boswell, Brad Geyer, Lance Green and Steven Klafka.

13. I have a limited income so have not contributed financially to Safe Skies, but have provided time and expenses to help the organization.

14. My home at 2809 Commercial Avenue is located on the flight path of training flights for the current F-16 fighter jets and proposed F-35A fighter jets. My home is approximately 0.5 mile from the end of the main runway of the Dane County Regional Airport used by the fighter jets.

15. In my home, I cannot escape the noise of the F-16 fighter jets and I am directly impacted by it.

16. The noise from the F-16 jets harms me by alarming me and making me feel tense, disrupting and stopping conversations with my neighbors and clients I care for, shaking my home, and interfering with daily acts of life such as listening to music or sleeping.

17. I will be harmed by the actions planned in the Environmental Impact Statement because the Project will result in F-35A fighter jets.

18. I will suffer great harm from the proposed F-35A fighter jets because I understand they are four times louder and will fly more frequently than the F-16s.

19. The proposed F-35A jets will shake my home, and increase the disruption of the life of me, my neighbors and the people for whom I provide midwife services even more than the F-16s do.

20. I read the draft Environmental Impact Statement and submitted several comments and questions to the National Guard Bureau to voice my concerns about the impacts of the proposed squadron of F-35A fighter jets on me, my neighbors, my clients, and our community.

21. Figure WI3.1-3 of the EIS shows the noise contours around the Dane County Regional Airport after the arrival of the F-35A fighter jets. My home is located south of the main runway of the county airport. This figure shows the predicted noise impact at my home will be within the 65 dB DNL noise contour. (Exhibit 1.)

22. I am worried about the children and young people who could be developmentally and environmentally impacted. As a midwife I am fully aware of the impact of air and water pollution on pregnant women, their fetuses and children they give birth to.

23. The Court can redress my injuries by finding the EIS is inadequate and by requiring the NGB to prepare a Supplemental Environmental Impact Statement with a thorough study of the noise levels of the F-35As.

24. Besides noise from fighter jet training, I am very concerned about the health effects and environmental damage due to contamination of the groundwater, surface water, drinking water and soils, caused by the use of fire-fighting foams and other materials on the county airport and Air National Guard base.

25. I am concerned about the per- and polyfluoroalkyl substances ("PFAS") released from the airport and base and known to be polluting municipal wells, particularly in my neighborhood and low-income neighborhoods near the airport, as well as the groundwater, soils, Starkweather Creek and Lake Monona, and the entire Yahara chain of lakes.

26. I drank from Municipal Well # 15 for years until the City of Madison shut it down in 2019 due to high levels of PFAS in it.

27. Before Municipal Well #15 was shut down in 2019, myself, my neighbors, and the people for whom I provide midwife services were exposed to high levels of PFAS in the water provided by this well to our homes.

28. Now I still drink from the City water system. My water comes from mainly from Well No. 11.

29. Well No. 11 is the next closest downstream well from Well 15.

30. I will be harmed by the construction projects listed in the EIS because the Air Force has not done a study of the groundwater leaving Truax field and increased levels of PFAS from the F-35A operations will get into wells.

31. The Court can redress my injuries by finding the EIS inadequate and by requiring the Air Force to prepare a Supplemental Environmental Impact Statement which would thoroughly document the extent of PFAS contamination leaving the base and contaminating our soil and water before the Air Force is allowed to bring in new jets.

32. I did not see the two notices in the print edition of the Wisconsin State Journal on August 25 and September 8, 2019.

33. There were no notices in public places I frequent such as neighborhood restaurants, local community centers, grocery stores, and outdoor park bulletin boards.

34. I could not get to the public hearing the Air Force held on September 12, 2019, because 1) I did not know about it; and 2) it was held at the Alliant Center which is more than 8 miles from my house.

35. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2022, in Madison, Wisconsin.

/s/ Tehmina Islam
Tehmina Islam