

**Dairyland Public Interest Law**
PO Box 352
Madison, WI 53701
www.dairylandpublicinterestlaw.com

Kathleen G. Henry (WI, MO)
608-213-6857
249-493-6088 (facsimile)
khenry@dairylandpublicinterestlaw.com

July 1, 2024

The Honorable Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D. C. 20001

  Re: *Safe Skies Clean Water Wisconsin, Inc., v. United States Air Force, et al.,*
     Case 1:21-cv-00634-CKK

Dear Judge Colleen Kollar-Kotelly:

  Under Fed. R. App. P. 28(j), a party may promptly advise the Court of pertinent or significant authority that comes to the party's attention after the briefs have been filed. Accordingly, I am promptly advising the Court of significant authority that has come to my attention that pertains to this case.

  The United States Supreme Court issued an opinion three days ago, overturning the *Chevron* doctrine of deference to agencies. *Loper Bright Enterprises et al. v. Raimondo*, No. 22–451, slip op. (U.S. June 28, 2024). In *Loper*, the Court held that, "agency interpretations of statutes – like agency interpretations of the Constitution—are *not* entitled to deference. Under the APA, it thus "remains the responsibility of the court to decide whether the law means what the agency says." *Loper*, slip op. at 15.

  In our case, Defendants have repeatedly urged the Court to rely on the deferential standard of review. See Def. Memo, Doc 29: 13, 15, 16, 17, 22, 23, 24, 34, 36. Defendants have also stated that the law does not prevent an "unwise" decision (29: 9).

  Because the USAF selected the site with "*significant disproportionate impacts* to low-income and minority populations as well as children" (28:31), and passed over sites with *no* significant disproportionate impacts to low-income or minority populations" (28:31), Plaintiff urges the Court to conduct a thorough review of the issues without the *Chevron* standard of deference.

     Sincerely,

     /s/ Kathleen G. Henry
     Kathleen G. Henry (Bar No. MO0001)
     Attorney at Law